AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR 25 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Magnoly JUAREZ-Olmos | ) | Case No. M-19-0669-M |
| Mexican National | ) | |
| YOB 1993 | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code § 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 43.40 kilograms of methamphetamine a scheduled II controlled substance |
| 21 United States Code § 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 19.98 kilograms of heroin a scheduled I controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Laurence Diamond, HSI-SA
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/25/2019   8:22 am

_____
Judge's signature

City and state: McAllen, Texas

Peter Ormsby, US Magistrate Judge
Printed name and title

## Attachment "A"

On March 23, 2019, Homeland Security Investigations (HSI), McAllen, Texas, was notified by United States Customs and Border Protection (CBP) that Magnoly JUAREZ-Olmos made entry into the United States via the Pharr Port of Entry in Pharr, Texas. JUAREZ-Olmos was the driver of a white Nissan Rogue displaying Tamaulipas, Mexico license plates WZJ187A. JUAREZ-Olmos was selected for an Automated Targeting System (ATS) secondary inspection.

During secondary inspection JUAREZ-Olmos gave a negative declaration to CBP Officers (CBPOs) for possessing any contraband to include narcotics. CBPOs utilized a narcotic detection canine to inspect the vehicle and received a positive alert to all four tires for the possible presence of narcotics. CBPOs then utilized the Z-Portal x-ray machine to conduct a scan of the vehicle and were able to observe anomalies in all four tires.

CBPOs discovered 18 packages of methamphetamine totaling 43.40 kilograms and 6 packages of heroin totaling 19.98 kilograms concealed within the vehicle's tires. The narcotics were sealed in aftermarket metal compartments welded to the wheel. A field test of the methamphetamine and heroin was conducted. CBP Officers received a positive reaction for both methamphetamine and heroin individually.

HSI McAllen Special Agents in conjunction with CBP Enforcement Officers responded to the Pharr, Texas Port of Entry to interview JUAREZ-Olmos. JUAREZ-Olmos was read the Miranda Warnings which she waived and voluntarily agreed to speak with Agents. JUAREZ-Olmos was interviewed post-Miranda and admitted culpability stating she knew she was smuggling narcotics into the United States.